

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2022

No. 04-22-00342-CV

**IN RE** Elizabeth Ann **MCGARRAUGH**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

On June 9, 2022, relator filed a petition for writ of mandamus. On June 10, 2022, relator filed an emergency motion requesting this court stay temporary orders rendered in the underlying case and stay trial proceedings pending final resolution of the petition for writ of mandamus. After considering relator's petition, emergency motion, and real party in interest's response to the emergency motion, this court believes a serious question concerning the mandamus relief sought requires further consideration. *See* Tex. R. App. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **on or before June 17, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

We **GRANT IN PART** the emergency motion for relief as follows:

1.    The trial in the underlying case is **STAYED** pending further orders of this court.

It is so **ORDERED** on June 14, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020CI01792, styled *In the Interest of A.K.M. and G.M.M.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.